UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 13-119 |
| MICHAEL JARROW | SECTION "N" |

### ORDER AND REASONS

Defendant, Michael Jarrow, has filed a motion for a free copy of his sentencing transcript and docket sheet, as an indigent in need thereof (Rec. Doc. 40). An indigent defendant has both a constitutional and a statutory right to a free transcript under certain circumstances. See United States v. Pulido, 879 F.2d 1255, 1256 (5th Cir. 1989) (citing Britt v. North Carolina, 404 U.S. 226 (1971)); Fisher v. Hargett, 997 F.2d 1095 (5th Cir. 1993); and see 18 U.S.C. §3006A(e)(1). This right turns on the defendant's ability to establish (1) his indigency, (2) a particular need for the transcript (3) in connection with a subsequent proceeding, and (4) that no alternative device or means of support would suffice. See Britt, 404 U.S. at 227.

In the instant motion, the defendant has failed to provide the court with documentation to establish his indigency.

In addition, he has failed to establish any particularized need for the transcripts. Because of this, the Court us unable to determine whether an alternative source exists to satisfy his needs. Transcript copies are not to be freely provided to support "fishing expeditions" to seek out possible

errors in the proceedings. United States v. Watson, 61 Fed. Appx. 919, 2003 WL 1109766 (5th Cir. Feb. 19, 2003) (citing Jackson v. Estelle, 672 F.2d 505, 506 (5th Cir. 1982)).

Finally, the defendant has no subsequent, pending proceeding for which these transcripts are needed. If at some point he should file a motion to vacate or other proper motion, he may resubmit his request and provide the Court with the criteria outlined above. Accordingly, the defendant's motion is **DENIED**.

New Orleans, Louisiana, this 5th day of May, 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE